UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LATESA CALLOWAY,<br><br>                    Plaintiff,<br>vs.<br><br>NATIONAL RECOVERY AGENCY,<br><br>                    Defendants. | Case No.: 8:21-cv-01160-VMC-JSS<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT NATIONAL RECOVERY AGENCY |

Plaintiff Latesa Calloway ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant National Recovery Agency (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action as to Defendant Defendant National Recovery Agency and adjourn all deadlines and conferences.

DATED: June 15, 2021               **COHEN & MIZRAHI LLP**

*/s/ Yosef Steinmetz*
YOSEF STEINMETZ
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
yosef@cml.legal

*Attorneys for Plaintiff*